# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by __VT__ D.C.
ELECTRONIC

**Dec. 3, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**JULIO CESAR AROSTEGUI**

  **Plaintiff,**                                          **Judge:**

  **v.**                                                  **Case no:**
                                                          **09-CV-23614-King-Bandstra**

**BANK OF AMERICA CORPORATION;**
**CHEXSYSTEMS COLLECTION AGENCY, INC.,**

  **Defendants.**
_____/

## ORIGINAL COMPLAINT
### (& Jury Demand)

Comes now, the Plaintiff, **Julio Cesar Arostegui** (hereinafter the

"**Plaintiff**"), on behalf of himself and by and through undersigned counsel, who

files this original complaint against the Defendants, Bank of America Corporation

(hereinafter "**BOA**") and Chex Systems Collection Agency, Inc., (hereinafter

"**Chex**"), and in support thereof would state the following:

### JURISDICTION AND VENUE

1. This is an action for damages brought by an individual consumer against the

   named defendant for violations of the Fair Credit Reporting Act, 15 U.S.C. §1681

   et seq., as amended, (hereinafter referred to as the "**FCRA**").

2. Jurisdiction of this Court arises under 15 U.S.C. §1681p and 15 U.S.C.

   §1692k(d). Supplemental jurisdiction rests upon 28 U.S.C. §1367.

1

3. The Defendant **BOA** is a business entity that regularly conducts business and collection activity in the State of Florida and, as such, is a citizen of the State of Florida. **BOA** is a "debt collector" as defined by the FDCPA and as it uses interstate commerce in a business for which the principal purpose is to collect debts.

4. The Defendant **Chex** is a business entity that regularly conducts business throughout every state and county of the United States and, as a corporation that conducts business in the State of Florida, is a citizen of the State of Florida. **Chex** is a "consumer reporting agency", as defined in 15 U.S.C. § 1681f. **Chex** is regularly engaged in the business practice of assembling, evaluating, and disbursing information concerning consumers for the purpose of preparing and furnishing consumer reports to third parties, as defined in 15 U.S.C. § 1681d.

### VENUE

5. The venue in the United States District Court for the Southern District of Florida is proper and based upon the following:

   a. The violations of the FDCPA alleged below occurred and/or were committed in **Miami-Dade County,** State of Florida within the Southern District of Florida;

   b. At all times material hereto, the Defendants, were and continue to be corporations engaged in business activities in **Miami-Dade County**, Florida and as such are citizens of the State of Florida.

6. The plaintiff, is an individual residing in **Miami-Dade County**, Florida and is a "consumer" as that term is defined by 15 U.S.C. §1692 et seq.

2

## FACTS COMMON TO ALL COUNTS

7. On April 14, 2008, the **Plaintiff** received a check from Dr. Gabriel Loren and Richard E. Todd for $4,555.00 in exchange for Furniture. The check was issued by United Electric Controls Co. *See* **Exhibit A**.

8. On April 18, 2008, **Plaintiff** cashed the check # 9394 into his **BOA** checking account. *See* **Exhibit A**.

9. On or about October 1, 2008, the **Plaintiff** received a report from Defendant **Chex** which stated that Defendant **BOA** has reported a fraudulent check as a charge off. *See* **Exhibit B**.

10. On or about October 28, 2008, the **Plaintiff** made a Bad Check Crime Report Miami-Dade County Florida, Case #: PD090108011959. *See* **Exhibit C**.

11. On or about November 5, 2008, the **Plaintiff** received a letter from Defendant **Chex** stating that the reinvestigation of his consumer file had been completed and that the information regarding the check cashed to Defendant **BOA** was accurate. *See* **Exhibit D**.

12. One or about December 9, 2008, the United Electric Controls received a letter from the **Plaintiff** regarding the counterfeit check. *See* **Exhibit E**.

13. The **Plaintiff** never received a response from United Electric Controls.

14. The Defendant **Chex** received a dispute letter on or about April 23, 2009 and allegedly verified their accuracy yet continued to report the inaccurate items on the consumer credit report. *See* **Exhibit F**.

15. Defendant **Chex** has failed to conduct a reasonable investigation and make the corrections required by 15 U.S.C. §1681i.

16. Additionally, **Chex** has been specifically requested per FCRA § 611(6)(B)(iii) to include the name of the contact person with the creditor, phone number, address, date of verification and a description of the procedure used to determine the accuracy and completeness of the information.

17. **Chex** replied to the **Plaintiff's** counsel on or about April 30, 2009 with a request for more information concerning **Plaintiff's** representation. *See* **Exhibit G**.

18. On or around July 21st, 2009, **Plaintiff** complied with this request by submitting a signed and notarized power of attorney regarding the **Plaintiff's** representation by undersigned counsel to **Chex.** *See* **Exhibit H**.

19. Due to **Chex** not responding to this request, on or around September 24th, 2009, **Plaintiff** sent an additional request to **Chex**. *See* **Exhibit I**.

20. Information concerning verification of legal representation after contact by the alleged debtor requesting an investigation is not required per § 611(a)(1)(A) of the FCRA.

21. The **Plaintiff** had a legal right to contact the credit reporting agency directly or **indirectly**.

22. After numerous phone calls from **Plaintiff's** counsel, on or around November 18, 2009, **Chex** replied to the **Plaintiff's** dispute letter, stating that **BOA** had confirmed the reporting. *See* **Exhibit J**.

23. Plaintiff has been damaged as a direct and proximate cause of all of the Defendants' actions.

24. Plaintiff has suffered damage to his credit worthiness.

4

25. Plaintiff has been damaged because this misleading information and/or errors have impaired his ability to build his credit worthiness and to obtain new financial lending.

26. As a direct result of said errors, Defendants have misinformed third parties as to the status of this account. Defendants have reflected credit information which is incorrect, inaccurate, misleading and/or false.

## COUNT ONE

### Violations of the FCRA  - 15 U.S.C. §§ 1681, et seq., as amended, by Defendant Chex

27. Plaintiff re-alleges and incorporates paragraphs 1 through 26 above as if fully stated herein.

28. The Defendant "credit reporting agencies" willfully and/or negligently violated the provisions of the FCRA on multiple occasions in the following manner:

   a. By willfully and/or negligently failing to follow reasonable procedures in the preparations of the consumer report concerning the Plaintiff and to assure maximum possible accuracy of the information in the report.

   b. By willfully and/or negligently failing to disclose the nature and substance of all information in it's files on the Plaintiff at the time of the requests in violation of 15 U.S.C. § 1681g(a).

   c. By willfully and/or negligently failing to delete incomplete and inaccurate information on the Plaintiff's file after conducting an investigation, in violation of 15 U.S.C. § 1681i(a).

5

    d. By willfully and/or negligently failing to contact the sources suggested by the Plaintiff during the re-investigation in violation of 15 U.S.C. § 1681i(a).

    e. By willfully and/or negligently failing to provide subsequent users of the report with Plaintiff's statement of dispute or a summary thereof, in violation of 15 U.S.C. § 1681i(c).

    f. By willfully and/or negligently violating 15 U.S.C. § 1681i(6) and (7) and failing to comply with the notice of results of reinvestigation provision within 15 days of the request.

29. As a result of this conduct, action and inaction of the named Defendants, the Plaintiff suffered damage by loss of credit, loss of the ability to purchase and benefit from credit, the mental and emotional pain and anguish and the humiliation and embarrassment of the credit denials.

30. The conduct, action and inaction of the named Defendants was willful, rendering each liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

31. In the alternative, it was negligent, thereby entitling Plaintiff to recover under 15 U.S.C. § 1681o.

32. The Plaintiff is entitled to recover actual damages, statutory damages, costs and attorney's fees from the Defendants in an amount to be determined by the Court pursuant to 15 U.S.C. §§ 1681n and 1681o.

## **Prayer for Relief**

**WHEREFORE**, the Plaintiff respectfully prays that judgment be entered against the Defendants **Chex** for an award of actual, statutory, and punitive damages;

6

attorney's fees and the costs of litigation including pre and post-judgment interest at the legal rate; and such other relief the Court deems just, equitable and proper.

## COUNT TWO

## Violations of the FCRA - 15 U.S.C. §1681s-2(b) by BOA

33. Plaintiff re-alleges and incorporates paragraphs 1 through 26 above as if fully stated herein.

34. At all times pertinent hereto, each Defendant **BOA** was a "person" as that term is defined by 15 U.S.C. § 1681a(b) and a "furnisher of information" to the credit reporting agencies.

35. This Defendants violated 15 U.S.C. §1681n and 1681o by engaging in the following conduct that violated § 1681s-2(b) of that Act.  Throughout the entire course of it's actions, **BOA** willfully and/or negligently violated these provisions of the FCRA in the following manner:

   a. By willfully and/or negligently failing to conduct an investigation of the inaccurate information that the Plaintiff disputed;

   b. By willfully and/or negligently failing to review all relevant information concerning the Plaintiff's account as provided;

   c. By willfully and/or negligently failing to report the results of their investigation of the inaccurate information to all credit reporting agencies;

   d. By willfully and/or negligently failing to modify or delete incomplete or inaccurate information in Plaintiff's file after conducting an investigation;

   e. By willfully and/or negligently failing to modify or delete inaccurate or incomplete information after conducting a reinvestigation;

    f.  By willfully and/or negligently failing to permanently block the reporting of the inaccurate information as disputed by the Plaintiff and continuing to report and furnish inaccurate or incomplete information in Plaintiff's file to all credit reporting agencies;

    g.  By willfully and/or negligently failing to comply with all requirements imposed on "furnishers of information" by 15 U.S.C. § 1681s-2(b).

36. As a result of this conduct, action and inaction of Defendant **BOA**, the Plaintiff suffered damage by loss of credit, loss of the ability to purchase and benefit from credit, the mental and emotional pain and anguish and the humiliation and embarrassment of the credit denials.

37. The conduct, action and inaction of Defendant **BOA** was willful, rendering it liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

38. In the alternative, the conduct, action and inaction was negligent, thereby entitling Plaintiff to recover under 15 U.S.C. § 1681o.

39. The Plaintiff is entitled to recover actual damages, statutory damages, costs and attorney's fees from the Defendant in an amount to be determined by the Court pursuant to § 1681n and 1681o.

**Prayer for Relief**

**WHEREFORE**, the Plaintiff respectfully prays that judgment be entered against the Defendant **BOA** for an award of actual, statutory, and punitive damages; attorney's fees and the costs of litigation including pre and post-judgment interest at the legal rate;   declaratory relief including but not limited an order directing that the Defendant immediately

8

delete all of the inaccurate information from Plaintiff's credit reports and files and cease reporting the inaccurate information to any and all persons and entities to whom they report consumer credit information; and such other relief the Court deems just, equitable and proper.

### JURY TRIAL DEMAND

Plaintiff is entitled to and hereby demands a trial by jury as stated in the U.S. Constitution, Amendment 7 and F.R.C.P. 38.

Dated this 30th day of November, 2009.

Respectfully Submitted by,

**The Fair Credit Law Group, LLC**
**3330 NW 53rd Street, Suite 306**
**Fort Lauderdale, FL 33309**
**Tel: 954-334-9100**
**Fax: 954-986-4777**

**Filed by: Paul A. Herman, Esq**
**FL Bar #0405175**
**Joel A. Brown, Esq**
**FL Bar #0066575**
**Attorney for Plaintiff**

9

# Exhibit "A"

**Bank of America**

Capture Date: 04/18/2008 Sequence #: 7740577618

DEPOSIT TICKET

**JULIO C. AROSTEGUI**          07-06
305-542-8784
20121 S.W. 80TH AVE.
MIAMI, FL 33189-2139

DATE   4/18/08

WRITE FIRMLY

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Bank of America**

ACH R.T 063100277

53-4/630 FL
CASH 1570

0714          4555.00

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

NET
DEPOSIT   $   4555.00

⑈540600106⑈ 89800097164 2⑈   5⑈0000455500⑈

TOTAL

CHECKS

No Electronic Endorsements Found
No Payee Endorsements Found



Capture Date: 04/18/2008 Sequence #: 7740577619



No Electronic Endorsements Found
No Payee Endorsements Found

# Exhibit "B"

Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125
800.513.7125



30002394

October 1, 2008

1039

JULIO CESAR AROSTEGUI
17541 SW 73 COURT
PALMETTO BAY, FL 33157

ChexSystems will reinvestigate any item listed in your consumer report that you believe may be inaccurate or incomplete. In order for a reinvestigation to be initiated, please complete the enclosed form and mail it to the address listed above in our letterhead or by fax to 602-659-2197.

This report was prepared for JULIO CESAR AROSTEGUI

| Consumer ID: 19310194 for JULIO CESAR AROSTEGUI |
|---|
| Please provide your Consumer ID number, along with your Social Security number, in any future contact with ChexSystems. |

| Reported Information |
|---|
| Reported Information refers to reports of accounts that have been mishandled, reported for cause, and/or outstanding debts. Reported Information is submitted directly to ChexSystems by members of our service which consists mainly of financial institutions. Our current practice is to retain this information for a period of five years. |
| SSN/ID indicates a Social Security number, Individual Taxpayer Identification number, Tax ID number, or Employer ID number. |

Source of Information: BANK OF AMERICA
                  ST. LOUIS, MO
Reported Name:    JULIO C AROSTEGUI
Reported Address:  17541 SW 73RD CT
                  VILLAGE OF PALMETTO, FL 33157
Reported SSN/ID: XXX-XX-0661
Drivers License: A623423822120  State: FL
RTN: 063100277   Account: 898000971642
Date Reported: 06/10/2008
Reported For: SUSPECTED FRAUD ACTIVITY
Original Charge Off Amount: $428.82

| Inquiries Initiated By Consumer Action |
|---|
| Inquiries Initiated By Consumer Action refers to inquiries resulting from a transaction initiated by you. These include applying for a credit card or completing an application at a financial institution. Please note that the inquiries are part of your credit history and may be included in our reports to others. These inquiries can be viewed for ninety days up to three years. |

No Information Found

| Inquiries Not Initiated By Consumer Action |
|---|
| Inquiries Not Initiated By Consumer Action refers to inquiries resulting from transactions you may not have initiated, so you may not recognize the source. Members of our service with a permissible purpose include current creditors, pre-approval creditors, potential employers, and potential investors trying to assess risks. We report these requests only to you as a record of activities, and we do not include any of these requests on credit reports to others. |



Reply ID: 10002394-7

# Exhibit "C"



# BAD CHECK CRIME REPORT
## KATHERINE FERNANDEZ RUNDLE
## STATE ATTORNEY

FILE REPORTS BY MAIL TO: PMB 95, 3109 GRAND AVENUE ▪ MIAMI, FLORIDA 33133
(postal address only)
VICTIM HOTLINE: (800) 832-1853 ▪ REFER CHECK WRITERS TO: (800) 832-7361

| DATE RECEIVED : | REPORT #: |
|---|---|

### PLEASE ANSWER THE FOLLOWING QUESTIONS. PRINT ALL INFORMATION IN INK AND SIGN BELOW.

1. Was check post-dated at time of acceptance? ☐Yes ☒No    3. Were you asked to hold or delay depositing the check (s)? ☐Yes ☒No
2. Was check received in the mail? ☒Yes ☐No    4. Does this matter involve a three-party check? ☒Yes ☐No

A "YES" answer to any of the above questions indicates this is a CIVIL matter and is therefore ineligible for filing with the State Attorney. Please contact the nearest small claims court for instructions on how to proceed with a civil case. If all boxes were checked "NO", please complete this report, date and sign it and forward to the above mailing address.

Prior to submission, A "Statutory Notice" MUST be sent to the check writer via U.S. Certified Mail, allowing a seven day grace period to pay off the checks. (see sample notice on reverse side)

On what date did you send notice? __4/25/08__ _via email_ Please attach documentation. Certified Mail Fees: $ _____ Return Item Fees: $ _____

### 1 SUSPECT

Check writer's full name as written on check: **Dr. Gabriel Loren / Richard E. Todd**

Address (s): **714 Main St.**

| City **Lake City** | State **FL** | Zip **32055** | Home Phone # **drgabriel12345@gmail.com** | Other Phone # |
|---|---|---|---|---|

| Driver's License # | State | Expiration date | Other ID |
|---|---|---|---|

**Staple Documents Here**

| SS # | Sex | Race | Date of Birth | Age | Height | Hair | Eyes | Weight |
|---|---|---|---|---|---|---|---|---|

How did you obtain the check writer's identification ?
☐Drivers License ☐Police Report (#_____) ☐Check Cashing ☐Other_____

Was the check handed to you by someone other than check writer? Yes☐ No☒
Name: _____ Address: **Sent by mail to my home address.**

### 2 CHECKS

| Check # | Date Received | Amount | What was check for ? | Date received consideration | Person Accepting Check | Can person ID check writer ? |
|---|---|---|---|---|---|---|
| 9394 | 4/15/08 | $4555 | Furniture | 4/18/08 | Julio Arostegui | ☐Yes ☒No |
| Issued by United Electric Controls Co. | | | | | | ☐Yes ☐No |
| | | | | | | ☐Yes ☐No |
| | | | | | | ☐Yes ☐No |

_List Additional Checks On Another Form And Attach_

### 3 VICTIM

Victim / Firm Name **Julio Cesar Arostegui**    Phone **305 542-8784**

| Victim Address **17541 SW 73 CT.** | City **Palmetto Bay, FL** | State **33157** | Zip |
|---|---|---|---|

Name of person filing **Julio C. Arostegui**    Phone **305 253-4806**

Address where check was accepted if different from the above address

I understand that I must NOT accept restitution from the check writer after filing this report with the Bad Check Program. Initial here _____

I HAVE READ ALL FILING INSTRUCTIONS, AND HEREBY CERTIFY _UNDER PENALTY OF PERJURY_, THAT ALL INFORMATION IN THIS REPORT IS TRUE TO THE BEST OF MY KNOWLEDGE.

| _signature_ | **Julio Cesar Arostegui** | **10/28/08** |
|---|---|---|
| Signature of Person Filing | Print Name | Date Filed |



MIAMI-DADE
POLICE DEPARTMENT
Village of Palmetto Bay
Policing Unit

Case#: PD090108211452

8950 Southwest 152 Street
Palmetto Bay, Florida 33157

Tel: 305.259.1270
Fax: 305.259.1292

# Exhibit "D"

Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125
800.513.7125



B0080313

November 5, 2008

294
JULIO CESAR AROSTEGUI
17541 SW 73 CT
PALMETTO BAY, FL  33157

RE:  Consumer ID 19310194 for Julio Cesar Arostegui

Dear Julio Cesar Arostegui:

This letter is to inform you that the reinvestigation of information contained in your consumer file at ChexSystems is complete.

The disputed information submitted by Bank of America has been verified as accurate and complete as reported, therefore it has been retained in your file. Enclosed is a copy of the information currently contained in your consumer report at ChexSystems based on the results of our reinvestigation.

The source of the information has requested that you contact 1-877-240-6886 to obtain additional information.

If requested by you, ChexSystems will provide you with a description of the procedure used to determine the accuracy and completeness of the disputed information in your file. In addition, you are entitled to request and receive the business name, address and, if reasonably available, the telephone number, of any furnisher of information contacted in connection with your dispute.

You are entitled to add a statement to your file disputing the accuracy or completeness of the information. Please submit your statement in writing with a clear indication that you wish the statement to be added to your file, ensuring that you sign your request. If you would like assistance in writing a clear summary of your dispute statement, please contact ChexSystems.

If, in connection with a reinvestigation, any information has been deleted from your file or a statement of dispute (or codification or summary thereof) is added to your file, you have the right to request ChexSystems to furnish notification that the item has been deleted or of the statement (or codification or summary thereof) added to your file to any person you specifically designate who has received within the prior one year period a consumer report which contained the deleted or disputed item.

If you have any questions please refer to the frequently asked questions included with this correspondence.   You may also contact us at the address or telephone number listed above in our letterhead or by fax at 602-659-2197.

In any future contact with us, please include your Social Security number and Consumer ID.

Sincerely,

Consumer Relations
Chex Systems, Inc.



# Exhibit "E"

December 9, 2008

From: Julio Cesar Arostegui
17541 SW 73 Court
Palmetto Bay, FL 33157
Work: 305-253-4806 (← Best number to contact me)
Cell: 305-542-8784

Attention: Steve
United Electric Controls Co.
Fax: 617-926-8425

I am sending you this fax as I received a counterfeit check with your company
information. I received this check as payment for a dining room set I was selling.
Attached is a copy of the check my bank sent me and below I have written the account
details as the copy is hard to read. My bank has closed my account stating that this check
I deposited is counterfeit. I have been reported to Chexsystems and so my credit is ruined
and I need to clear this up.

The check was written by

United Electric Controls Co.
180 Dexter Avenue
PO Box 9143
Watertown, MA 02471-9143
Phone: 617-926-1000
Routing Number: 211070175
Account Number: 1109495274
Check Number: 9394
Amount: $4,555
Date: 4/18/08

I would greatly appreciate if you could send me a letter stating that this account number
is closed or does not write checks as there has been problems with counterfeit checks or
whatever information that might be useful for my attorney to clear this problem for me.

# Exhibit "F"

# The Fair Credit Law Group, LLC

**Attorneys Dedicated to Protecting Consumers' Rights**

| | | |
|---|---|---|
| 3330 N.W. 53rd Street | 2541 SW 27th Ave | 20423 State Road 7 |
| Suite 306 | Suite 300 | Suite F6-477 |
| Ft. Lauderdale, FL 33309 | Miami, FL 33133 | Boca Raton, FL 33498 |

Tel: 954-334-9100
Fax: 954-986-4777
**www.faircreditlawgroup.com**

*April 23, 2009*

**ChexSystems**
**Consumer Relations, 7805 Hudson Road, Suite 100**
**Woodbury, MN 55125**

|  | RE: | Client | : | Julio Cesar Arostegui |
|---|---|---|---|---|
|  |  | SS # | : |  |
|  |  | D.O.B | : | 6/12/1982 |

To Whom It May Concern:

Our law office now represents this above client regarding errors and inaccuracies on their credit report. We are not a credit repair company but a law firm enforcing consumer rights under the FCRA.    Pursuant to FCRA 611(a), our client is disputing the following entries and we will expect that you complete the investigation within 30 days and send the updated report to our client at the address below. If these inaccurate items are not verified within 30 days, we demand that they immediately be deleted from the credit report or we may need to file a complaint with the Federal Trade Commission and pursue all available legal remedies. If you claim that late payments are verified, we hereby demand strict proof of every alleged late payment. Additionally, please refrain from any contact with our client other than mailing updated reports. Any letters you send to our client that attempt to discredit our services or  our firm will be seen as intentional interference with a represented client and appropriate legal actions will be undertaken.

Also, any attempts to stall the investigation such as not disputing because we are a third party will result in an action under the FCRA for willful noncompliance with the act per FCRA 616.  The FCRA imposes no such limitation on consumers and we are now considering a class action for this continued violation and stall tactic which clearly hurts the consumer.

This letter is our first attempt to resolve the issues without litigation but the failure to delete the items if not verified appropriately WILL result in a Federal lawsuit.  Our experience shows that the credit bureaus are routinely violating the FCRA. Consider this the first and last attempt before

litigation follows.  We are hopeful that this can be resolved without further action.

**Creditor:**      **BANK OF AMERICA**
**Account #**     898000971642
**Reason for Dispute:**   You are reporting this account wrongly and inaccurately as a charge off and "Suspected for Fraud Activity."  Please be advised that our client was a victim of fraud and was written a bad check that was never paid.  Because of this, Bank of America closed his account.  It is not a charge off.  Our client has disputed this account through your company and through the original creditor; please see the attached dispute letter and Bad Check Crime Report.  Please delete the account from our client's report or update the account information to reflect its disputed status and that is closed, not a charge off.  Please provide verification that the information is reporting correctly or remove it from the report.

Please send the updated report after the 30 day investigation is completed and the items have been deleted to the following addresses:

Julio Cesar Arostegui
17541 SW 73rd Court
Palmetto Bay, FL 33157

**If you allege that the item is verifiable, then consider this a formal request to include the name of the contact person with the creditor, phone number, address, date of verification and a description of the procedure used to determine the accuracy and completeness of the information per FCRA §611(6) (B) (iii) or we will file a Federal action to recover damages to our client for your noncompliance.. If you cannot provide this information, then please remove the item immediately**.

Thank you for your immediate attention to this matter.

Sincerely,

Fair Credit Law Group, LLC

Legal Assistant
Reply to: Fort Lauderdale

# Exhibit "G"

Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125
800.513.7125

**ChexSystems**

April 30, 2009

1588

FAIR CREDIT LAW GROUP LLC
3330 NW 53RD ST STE 306
FL LAUDERDALE, FL  33309

RE:  19310194

Dear FAIR CREDIT LAW GROUP LLC:

ChexSystems is in receipt of your correspondence regarding information contained on our files relative to Julio Cesar Arostegui.

In order to process your request and/or disclose any information on file directly to you, ChexSystems must first receive a notarized Power of Attorney or specific written instructions from Julio Cesar Arostegui.   Once we have received the required documentation we will be happy to process your request.

Thank you for your cooperation in this matter.

Sincerely,

Consumer Relations
Chex Systems, Inc.



# Exhibit "H"

# The Fair Credit Law Group, LLC

## *Attorneys Dedicated to Protecting Consumers' Rights*

| | | |
|---|---|---|
| 3389 Sheridan Street<br>Suite 245<br>Hollywood, FL 33021 | 2541 SW 27th Ave<br>Suite 300<br>Miami, FL 33133 | 20423 State Road 7<br>Suite F6-477<br>Boca Raton, FL 33498 |

Broward: (954)334-9100
Dade: (305)220-2815
Toll Free: (877)242-3833
Fax: (954)986-4777

**www.faircreditlawgroup.com**

**July 21st 2009**

Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125

RE: Julio Cesar Arostegul Power of Attorney

To Whom It May Concern:

I, Julio Cesar Arostegul, hereby grant the Fair Credit Law Group, LLC, and both Joel A. Brown, Esq. and Paul A. Herman, Esq., my power of attorney regarding any and all alleged debt reporting issued by your company.

Please comply with any and all requests issued by the above listed individuals.

Please contact my attorneys if you have any questions.

Sincerely,

Julio Cesar Artostegul

**Notarized by:** Merlyn Agostini

Agostini   7/21/09

MERLYN AGOSTINI
MY COMMISSION #DD459025
EXPIRES: AUG 07, 2009
Bonded through 1st State Insurance



## CONSUMER REQUEST FOR REINVESTIGATION

ChexSystems will reinvestigate any item listed in your consumer report that you believe may be inaccurate or incomplete.  In order for a reinvestigation to be initiated, please complete this form and mail it to ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN, 55125 or fax it to 602-659-2197. ChexSystems will contact the source of the information to notify them of your dispute and will inform you of the results of the reinvestigation by mail within approximately 30 days.  In order for us to perform a complete reinvestigation, please provide all of the following information:

### SECTION 1 – CONSUMER PERSONAL IDENTIFIERS

Consumer ID (obtain from consumer report): _____

Full Name: _____ Social Security Number: ___-__-____

Drivers License Number: _____ State of Issuance: _____

Business Name (if applicable): _____ Tax ID#: ___-_____

Current Address: _____

### SECTION 2 – REQUEST FOR REINVESTIGATION

If disputing multiple items please provide the information below for each disputed item.  Use additional paper if needed.

1. Source of Disputed Information: _____
Account number: _____ Date listed on disputed item: _____

2. Source of Disputed Information: _____
Account number: _____ Date listed on disputed item: _____

3. Source of Disputed Information: _____
Account number: _____ Date listed on disputed item: _____

4. Source of Disputed Information: _____
Account number: _____ Date listed on disputed item: _____

Nature of dispute:
Please provide a detailed explanation of your specific dispute of each item.  Use additional paper if needed.

_____
_____
_____
_____
_____
_____
_____

_____        _____
Consumer Signature                       Date



# Exhibit "I"

# The Fair Credit Law Group, LLC

### *Attorneys Dedicated to Protecting Consumers' Rights*

| | | |
|---|---|---|
| 3389 Sheridan Street<br>Suite 245<br>Hollywood, FL 33021 | 2541 SW 27th Ave<br>Suite 300<br>Miami, FL 33133 | 20423 State Road 7<br>Suite F6-477<br>Boca Raton, FL 33498 |

Broward: (954)334-9100
Dade: (305)220-2815
Toll Free: (877)242-3833
Fax: (954)986-4777

www.faircreditlawgroup.com

### *September 24th, 2009*

Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125

RE: Julio Cesar Arostegui Power of Attorney

To Whom It May Concern:

　　Attached to this letter is the supporting documentary evidence to show that Mr. Julio Arostegui's file has been incorrectly reported by your company. As shown, Mr. Arostegui sold merchandise and was given a fake check as compensation. Mr. Arostegui cashed this check at Bank of America, who thereafter reported the transactions to Chex Systems. Mr. Arostegui promptly filed a police report concerning that the fake check he was issued.

　　Please promptly remove this incorrect information and reply at one of the above addresses with a correction report.

If you have any questions, please contact me.

Sincerely,

Paul A. Herman
Attorney of *Julio Cesar Arostegui*

# Exhibit "J"

B09-48338

Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125
800.513.7125



November 18, 2009

2107

FAIR CREDIT LAW GROUP LLC
3330 NW 53RD ST STE 306
FL LAUDERDALE, FL  33309

RE:   Consumer ID 19310194 for Julio Cesar Arostegui

Dear Fair Credit Law Group LLC:

This letter is in response to your recent communication regarding information contained in Julio Cesar Arostegui's consumer file at ChexSystems.

The disputed information submitted by Bank of America has been verified as accurate and complete as reported, therefore it has been retained in your client's file. Enclosed is a copy of the information currently contained in Mr. Arostegui's consumer report at ChexSystems based on the results of our reinvestigation.

The source of the information has requested that you contact 1-877-253-3511 to obtain additional information.

If requested by you, ChexSystems will provide you with a description of the procedure used to determine the accuracy and completeness of the disputed information in your client's consumer file.  In addition, you are entitled to request and receive the business name, address and, if reasonably available, the telephone number, of any furnisher of information contacted in connection with the dispute.

Your client is entitled to add a statement to his file disputing the accuracy or completeness of the information. Please submit his statement in writing with a clear indication that he wishes the statement to be added to his file, ensuring that he signs the request. If he would like assistance in writing a clear summary of the dispute statement, please contact ChexSystems.

If, in connection with a reinvestigation, any information has been deleted from your file or a statement of dispute (or codification or summary thereof) is added to your file, you have the right to request ChexSystems to furnish notification that the item has been deleted or of the statement (or codification or summary thereof) added to your file to any person you specifically designate who has received within the prior one year period a consumer report which contained the deleted or disputed item.

If you have any questions please visit our website at www.consumerdebit.com to review the answers to frequently asked questions.   You may also contact us at the address or telephone number listed above in our letterhead or by fax at 602-659-2197.

In any future contact with us, please include your client's Social Security number and Consumer ID.

Sincerely,

Consumer Relations
Chex Systems, Inc.



Reply ID: 10825654-302010

| Inquiries Not Initiated By Consumer Action |
| --- |
| Inquiries Not Initiated By Consumer Action refers to inquiries resulting from transactions you may not have initiated, so you may not recognize the source. Members of our service with a permissible purpose include current creditors, pre-approval creditors, potential employers, and potential investors trying to assess risks. We report these requests only to you as a record of activities, and we do not include any of these requests on credit reports to others. |

No Information Found

| Retail Information |
| --- |
| Retail Information refers to returned checks written on an account and certain collection accounts. Retailers and other businesses report this information to Certegy Check Services, Inc. ChexSystems receives this information directly from Certegy Check Services, Inc. and is not involved in the collection of these items. |

No Information Found

| History of Checks Ordered |
| --- |
| History of Checks Ordered refers to a record of check orders placed within the past three years. |

No Information Found

| Social Security Number Validation |
| --- |
| Social Security Number Validation indicates the year and state that a particular sequence of digits first became available for issuance. This information does not include the name of the individual to whom the number was issued. |

XXX-XX-0661 Became Available for Issuance in 1989 in the State of FL

| Drivers License Verification |
| --- |
| Drivers License Number Verification is information provided to ChexSystems by the state that issued the drivers license number. This information, which is limited to certain states, identifies the name and date of birth of the individual to whom the driver's license was issued. |

Drivers license number: XXXXXXXXX2120
State: FL
Issued to: JULIO CESAR AROSTEGUI
Date of Birth: 6/12/1982

| ChexSystems Contact Information |
| --- |

If you have any questions, please contact us at the address or telephone number listed above in our letterhead or by fax at 602-659-2197.





*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington D.C. 20580.*

## A Summary of Your Rights Under the Federal Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.
  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.**
  Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers of credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5 OPTOUT (1-888-567-8688). You may opt-out with Chex Systems, Inc. at 1-877-OPTOUT 5 (1-877-678-6885).

- **You may seek damages from violators.** If a consumer reporting agency or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.



JS 44  (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

JULIO CESAR AROSTEGUI

**(b)** County of Residence of First Listed Plaintiff   MIAMI-DADE
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

FAIR CREDIT LAW GROUP, LLC (PAUL A. HERMAN, JOEL A. BROWN) 3330 NW 53rd STREET, FORT LAUDERDALE, FL 33009

**DEFENDANTS**

BANK OF AMERICA CORPORATION; CHEXSYSTEMS COLLECTION AGENCY, INC.

County of Residence of First Listed Defendant   MIAMI-DADE
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☑ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☑ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

*handwritten:* 1:09 CV 23614 - King - Bandstra

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS  Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Re-filed- (see VI below)
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO     b) Related Cases ☐ YES ☑ NO

JUDGE                          DOCKET NUMBER

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

15 USC 1681 et seq. (FCRA)

LENGTH OF TRIAL via  3-4  days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD   *(signature)*

DATE   11/30/09